

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICHARD URBANOVSKY, Individually and as Trustee of the Urbanovsky Family Trusts, | § | |
| | § | No. 08-21-00182-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| FRANK URBANOVSKY, EDITH VICK, MARY L. SMITH, and THEODORE URBANOVSKY, | § | of Hill County, Texas |
| | § | (TC# CV727-19CCL) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on Appellees' Motion to Dismiss for Lack of Jurisdiction and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction.   We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.